No. 93–12. RACKLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–13. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. v. RICE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–15. NERO v. DONLEY, ACTING SECRETARY OF THE AIR FORCE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–16. ST. HILAIRE v. MAINE SUPERINTENDENT OF INSURANCE. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–18. SWENSON ET AL. v. OGLALA SIOUX TRIBE. Sup. Ct. Idaho. Certiorari denied.

No. 93–20. JOHNSTON v. ZEFF & ZEFF ET AL. Ct. App. Mich. Certiorari denied.

No. 93–21. MS. B v. MONTGOMERY COUNTY EMERGENCY SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–22. CHAMBERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–23. MAXWELL v. MONSANTO CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–24. PROGRESSIVE CELLULAR III B–3 v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–25. STRAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–26. DUNCAN v. COBB ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–27. HAZRA v. NATIONAL RX SERVICES, INC. C. A. 6th Cir. Certiorari denied.

No. 93–28. VOULGARELIS v. VOULGARELIS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.